UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IHAB GAMIL DIA, an individual,<br><br>                                      Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO;<br>SEAN GALLAGHER, an individual;<br>JASON FERGUSON, an individual,<br><br>                                    Defendants. | Case No.: 3:18-cv-002676-BEN-RBB<br><br>**ORDER:**<br>**GRANTING MOTION TO**<br>**WITHDRAW AS COUNSEL;**<br><br>**GRANTING MOTION FOR LEAVE**<br>**TO FILE UNDER SEAL**<br>**[Docs. 16, 17]** |

      Before the Court is attorney Clyde S. Munsell's Motion To Be Relieved As Counsel, lodged with the Court under seal.[1] [Doc. 17.] In his motion, Mr. Munsell seeks to withdraw as counsel for Plaintiff Ihab Dia, leaving him to proceed *pro se*. No party has responded to the motion.

      "An attorney may not withdraw as counsel except by leave of court, and the decision to grant or deny counsel's motion to withdraw is committed to the discretion of the trial

---

[1] In conjunction with his sealed lodged motion, Mr. Munsell moves for leave to file his motion under seal, as is proper under the local rules. [Doc. 16.] The motion for leave to file under seal is **GRANTED**. Good cause exists because the motion contains highly sensitive private and personal medical information about Mr. Munsell. Because the motion at Doc. 15 appears to be duplicative, it is **DENIED** as moot. [Doc. 15.]

1

court." *Kassab v. San Diego Police Dept.*, 2014 WL 12724669, at *1 (S.D. Cal. Nov. 17, 2014) (internal citations omitted).  In support of his motion, Mr. Munsell attaches a declaration, which details a breakdown in the attorney-client relationship, contractual issues over fees, and significant personal reasons justifying his withdrawal.  Mr. Munsell also details his unsuccessful good faith efforts to find substitute counsel for Plaintiff.

Accordingly, good cause appearing, Mr. Munsell's motion is **GRANTED**.  Plaintiff shall have **45 days** from the date of this Order to obtain new counsel.  If Plaintiff does not respond to this Order within **45 days**, the Court will deem Plaintiff as proceeding *pro se*.  The Court directs the Clerk of Court to serve a copy of this Order on Plaintiff at the following address: 1510 Melrose Avenue

      Apartment 131

      Vista, California 92083.

**IT IS SO ORDERED.**

DATED: August 1, 2019      _____
                                    HON. ROGER T. BENITEZ
                                    United States District Judge